**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| West Bend Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Veranda Commons Condominium Association, et al.,<br><br>Defendants. | No. CV-24-00249-PHX-DLR<br><br>**ORDER** |

Plaintiff West Bend Mutual Insurance Company ("West Bend") filed this action seeking a declaratory judgment that it had no duty to defend and indemnify Defendant Veranda Commons Condominium Association ("Veranda") in an underlying state action brought by Defendant Pomona Properties, LLC ("Pomona"). (Doc. 1.) Veranda and Pomona are represented by counsel. They answered and participated in discovery (*see* Docs. 20, 27, 40), but after West Bend moved for summary judgment (Doc. 57), neither Veranda nor Pomona responded. The Court eventually granted summary judgment in favor of West Bend. (Doc. 61.)

Thereafter, West Bend moved for an award of $53,048.00 in attorney fees against Veranda and Pomona pursuant to A.R.S. § 12-341.01, which authorizes the Court to award attorney fees to the successful party in an action arising out of contract. (Doc. 63.) Neither Veranda nor Pomona responded to this motion, either. However, West Bend and Veranda subsequently entered into a settlement agreement resolving Veranda's attorney fee

liability. (Doc. 67.) West Bend asks the Court to summarily grant its attorney fee motion against Pomona pursuant to Local Rule of Civil Procedure 7.2(i) (*Id.*), and it clarifies that the fee award against Pomona should be subject to a $25,000.00 offset for attorney fees that Veranda has already paid West Bend per their settlement agreement (Doc. 70).

On review, West Bend's motion for attorney fees against Pomona is granted for two independent reasons. First, despite notice and ample opportunity to respond, Pomona failed to respond to West Bend's motion and under this Court's local rules such a failure may be construed as consent to the granting of the motion. LRCiv. 7.2(i). Second, on its merits West Bend has shown it is entitled to its fees and its requested fees are reasonable.

**IT IS ORDERED** that West Bend's motion for attorney fees (Doc. 63) is **GRANTED** as follows. West Bend is entitled to an award of $28,048.00 in attorney fees against Pomona, representing the $53,048.00 in fees West Bend reasonably incurred offset by the $25,000.00 Veranda previously paid West Bend per their settlement of the fee issue.

Dated this 3rd day of February, 2026.

Douglas L. Rayes
Senior United States District Judge